AO 241 (Rev. 09/17)

2:25-cv-112-HSO-MTP

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

AUG 13 2025

BY ARTHUR JOHNSTON, DEPUTY

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: **Southern** |
|---|---|

| Name (under which you were convicted): **Mr. Antonie D. Kirk** | Docket or Case No.: **34C12:19-CR-00219** |
|---|---|
| Place of Confinement: **K.N.R.C. 374 Stennis Industrial Park Road, Dekalb, Ms 39328** | Prisoner No.: **#233760** |

| Petitioner (include the name under which you were convicted) **Mr. Antonie D. Kirk, #233760** v. | Respondent (authorized person having custody of petitioner) **Warden Byron Walker** |
|---|---|

The Attorney General of the State of: **Lynn Fitch**

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   **Jones County Circuit Court, Post Office Box 1336, Laurel, Miss. 39441**

   (b) Criminal docket or case number (if you know): **# 34C12:19-CR-00219**

2. (a) Date of the judgment of conviction (if you know): **May 28, 2021**

   (b) Date of sentencing: **May 28, 2021**

3. Length of sentence: **20 years with 4 years Supended 16 years to Serve. 4 year (PRS)**

4. In this case, were you convicted on more than one count or of more than one crime? ☐ Yes ☑ No

5. Identify all crimes of which you were convicted and sentenced in this case: **the Only One is, Aggravated Assault. Cause No. 34C12:19-CR-00219, 20 years with 4 years Supended 16 years to Serve 4 years (PRS)**

6. (a) What was your plea? (Check one)

   ☐ (1) Not guilty    ☐ (3) Nolo contendere (no contest)
   ☑ (2) Guilty        ☐ (4) Insanity plea

Page 2 of 16

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? I plea guilty to Aggravated Assault, Cause No. 34C12:19-CR-0029, 20 years to serve with 4 years suspended with 16 years to serve and 4 years post-Release Supervision probation, In the Mississippi Department of Corrections (MDOC)

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury    ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☑ No

8. Did you appeal from the judgment of conviction?

☑ Yes    ☐ No

9. If you did appeal, answer the following:
   (a) Name of court: In the Court of Appeals of the State of Mississippi
   (b) Docket or case number (if you know): NO. 2021-KA-00733-COA
   (c) Result: Denied
   (d) Date of result (if you know): June 6, 2023, Tuesday.
   (e) Citation to the case (if you know): N/A
   (f) Grounds raised: Due Process, 5th Amendment, Article 3, Section 14. nor be deprived of life, liberty or property, without due process of law; nor shall private property be taken for public use, without just compensation.

   (g) Did you seek further review by a higher state court? ☐ Yes    ☑ No
   If yes, answer the following: N/A
   (1) Name of court: N/A
   (2) Docket or case number (if you know): N/A
   (3) Result: N/A

AO 241 (Rev. 09/17)

    (4) Date of result (if you know): N/A

    (5) Citation to the case (if you know): N/A

    (6) Grounds raised: N/A

(h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☒ No

    If yes, answer the following: N/A

    (1) Docket or case number (if you know): N/A

    (2) Result: N/A

    (3) Date of result (if you know): N/A

    (4) Citation to the case (if you know): N/A

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☐ Yes  ☒ No

11. If your answer to Question 10 was "Yes," give the following information:

  (a)  (1) Name of court: N/A

      (2) Docket or case number (if you know): N/A

      (3) Date of filing (if you know): N/A

      (4) Nature of the proceeding: N/A

      (5) Grounds raised: N/A

      (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

      ☐ Yes  ☒ No

      (7) Result: N/A

(8) Date of result (if you know): N/A

(b) If you filed any second petition, application, or motion, give the same information: N/A

    (1) Name of court: N/A

    (2) Docket or case number (if you know): N/A

    (3) Date of filing (if you know): N/A

    (4) Nature of the proceeding: N/A

    (5) Grounds raised: N/A

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes   ☒ No

(7) Result: N/A

(8) Date of result (if you know): N/A

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: N/A

    (2) Docket or case number (if you know): N/A

    (3) Date of filing (if you know): N/A

    (4) Nature of the proceeding: N/A

    (5) Grounds raised: N/A

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☑ No

(7) Result: _N/A_

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: ☐ Yes ☑ No
(2) Second petition: ☐ Yes ☑ No
(3) Third petition: ☐ Yes ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:
_I Appeals of the State of Mississippi, the Court Denied June 6, 2023_

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: _Improper Indictment, 5th Amendment, Article 3, Section 27._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_the Statute under which the Conviction and/or Sentence was Obtained is unconstitutional._

(b) If you did not exhaust your state remedies on Ground One, explain why: _I try to I hired a paid Attorney, he just did not Assistance me. In court or on the Appeal._

(c)  **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: YES!

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☑ No

(2) If your answer to Question (d)(1) is "Yes," state: N/A

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

I when to trial, I had Direct Appeal to Court of Appeals of the State of Mississippi. February 14, 2023.

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _Court of Appeals of the State of Mississippi, # 2021-KA-00933-COA was Denied, June 6, 2023._

**GROUND TWO:** _Unreasonable Search and Seizure, 4th Amendment, Article 3, Section 23._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_The trial Court was without jurisdiction to Impose the Sentence Received._

(b) If you did not exhaust your state remedies on Ground Two, explain why: _I try to but the Attorney did not try to help me. Everybody was for the State trial Court._

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _I try it just that Everyone for the State Trial Court to Convicted me It did not have No Counsel. Working in my favor!_

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _N/A_

Name and location of the court where the motion or petition was filed: _N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

I'm not a lawyer, I paid for this Appeal and my Attorney was not try to work on my behalf. He was not try to go against the state trial Court.

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: N/A

**GROUND THREE:** Due Process, 5th Amendment Article 3, Section 14.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Nor be deprived of life, liberty or property, without due process of law; Nor shall private property be taken for public use, without just compensation.

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _Yes, I exhaust in the Appeals that got 'DENIED', in the Mississippi Court of Appeals._

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☑ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _Yes threw the Attorney!_

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☑ No

(2) If your answer to Question (d)(1) is "Yes," state: N/A

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☑ No

(6) If your answer to Question (d)(4) is "Yes," state: N/A

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: N/A

**GROUND FOUR:** Assistance of Counsel, 6th Amyendyent Article 3, Section 26.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

That there exist biological evidence secured in relation to the Prosecution that was not tested, or, if previously tested would demonstrate A reasonable probability defendant would have Received lesser sentence or not Convicted.

(b) If you did not exhaust your state remedies on Ground Four, explain why: J did not know till the trial Court was over, thats why J hired Attorney and bought it to his Attention, And he still did do Anything About it. In the Appeal.

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: J had hired Attorney for my Appeal, J just didn't think he never file this In the Appeal.precedings.

(d) **Post-Conviction Proceedings:** N/A

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☑ No

(2) If your answer to Question (d)(1) is "Yes," state: N/A

Type of motion or petition: N/A

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: N/A

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

  (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☑ Yes ☐ ~~No~~

  If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: N/A

  (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

  N/A

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☑ No

  If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. N/A

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☑ No

  If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. N/A

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging: N/A

   (a) At preliminary hearing: N/A

   (b) At arraignment and plea: N/A

   (c) At trial: N/A

   (d) At sentencing: N/A

   (e) On appeal: N/A

   (f) In any post-conviction proceeding: N/A

   (g) On appeal from any ruling against you in a post-conviction proceeding: N/A

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☑ No

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future:
   N/A

   (b) Give the date the other sentence was imposed: N/A
   (c) Give the length of the other sentence: N/A
   (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☑ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

   If there a Constitutional right have been violated, Statute of limitations Don't Apply to my habeas petition.

AO 241 (Rev. 09/17)

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of –

    (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review; N/A

    (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action; N/A

    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or N/A

    (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence. N/A

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *The charg of Aggravated Assault to be Dismissal, In CAUSE NO; 34C12-19-CR-00219, And be Releas frum the Mississippi Department of Corrections Immediately.*

or any other relief to which petitioner may be entitled.

*Mr. Antonie D. Kirk, #233760*
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on **8/7/2025** (month, date, year).

Executed (signed) on **8/7/2025** (date).

*Mr. Antonie D. Kirk, #233760*
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. **N/A**

**N/A**