UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

FILED

Mar 17 2026

ARTHUR JOHNSTON, CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

| | | |
|---|---|---|
| **ANTONIE D. KIRK** | § | **PETITIONER** |
| | § | |
| | § | |
| **v.** | § | **Civil No. 2:25cv112-HSO-MTP** |
| | § | |
| | § | |
| **WARDEN BYRON WALKER** | § | **RESPONDENT** |

**ORDER ADOPTING MAGISTRATE JUDGE'S [11] REPORT AND
RECOMMENDATION, GRANTING RESPONDENT'S MOTION [10] TO
DISMISS, AND DISMISSING PETITION [1] FOR WRIT
OF HABEAS CORPUS WITH PREJUDICE AS UNTIMELY**

On February 18, 2026, United States Magistrate Judge Michael T. Parker entered a Report and Recommendation [11], recommending that Respondent's Motion [10] to Dismiss be granted and that Petitioner Antonie D. Kirk's 28 U.S.C. § 2254 Petition [1] for Writ of Habeas Corpus be dismissed with prejudice as untimely. No party has objected to the Report and Recommendation [11], and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); L.U. Civ. R. 72(a)(3).

After due consideration of the record and relevant legal authority, the Court finds that the Magistrate Judge's Report and Recommendation [11] should be adopted, that Respondent's Motion [10] to Dismiss should be granted, and that the Petition [1] for Writ of Habeas Corpus should be dismissed with prejudice as untimely under 28 U.S.C. § 2244(d).

## I.  BACKGROUND

On May 28, 2021, Petitioner Antonie D. Kirk ("Petitioner" or "Kirk") was convicted of aggravated assault by a jury in the Circuit Court of Jones County, Mississippi, Second Judicial District, and was sentenced to twenty years imprisonment with the Mississippi Department of Corrections.  *See* Ex. [10-1] at 1. Kirk filed a direct appeal, but on February 14, 2023, the Mississippi Court of Appeals affirmed the Circuit Court's judgment and then denied rehearing on June 6, 2023.  *See* Ex. [10-2].  Kirk filed a motion for post-conviction collateral relief ("PCR") in the Circuit Court, which was denied on June 18, 2023.  *See* Ex. [10-3]. There is no indication that Kirk appealed that denial or otherwise initiated any proper post-conviction filings in the Mississippi Supreme Court.  *See* Mot. [10] at 3; R. & R. [11] at 2; Mississippi Appellate Courts General Docket, https://courts.ms.gov/ (last visited Mar. 17, 2026).

On August 7, 2025, Kirk deposited a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 in the prison mailing system, which was received and docketed by the Clerk on August 13, 2025.  *See* Pet. [1] at 1, 15.  Respondent has filed a Motion [10] to Dismiss, arguing that the Petition [1] should be dismissed with prejudice as time-barred under 28 U.S.C. § 2244(d).  *See* Mot. [10] at 4-12. The Magistrate Judge recommends that Respondent's Motion [10] be granted and that Kirk's Petition [1] be dismissed with prejudice as untimely.  *See* R. & R. [11] at 7.

On the date the Report and Recommendation [11] was entered, the Court mailed it to Petitioner at his address of record. *See id.*; Staff Note, Feb. 18, 2026 (stating Report and Recommendation [11] was mailed to Petitioner via U.S. Mail (filed access restricted to Court users only)). Petitioner has not filed any objection to the Report and Recommendation [11], and the time for doing so has passed.

## II.  DISCUSSION

Where no party has objected to a magistrate judge's report and recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). In such cases, the Court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Having conducted the required review, the Court concludes that the Magistrate Judge's findings are not clearly erroneous, nor are they an abuse of discretion or contrary to law. *See id.* The Petition [1] is untimely, and dismissal with prejudice is warranted. *See* 28 U.S.C. § 2244(d). The Court will adopt the Magistrate Judge's Report and Recommendation [11] as the opinion of this Court, grant Respondent's Motion [10] to Dismiss, and dismiss the Petition [1] for Writ of Habeas Corpus with prejudice as barred by the applicable statute of limitations. *See id.*

### III.   CONCLUSION

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the Report and Recommendation [11] of United States Magistrate Judge Michael T. Parker, entered in this case on February 18, 2026, is **ADOPTED** in its entirety as the finding of this Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Respondent's Motion [10] to Dismiss is **GRANTED**, and Petitioner Antonie D. Kirk's Petition [1] for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE** as barred by the applicable statute of limitations.

**SO ORDERED AND ADJUDGED**, this the 17th day of March, 2026.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE

4